# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE BARRERA<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERCEDES BENZ USA, LLC a Delaware Limited Liability Company, DOES 1 through 10, INCLUSIVE<br><br>　　　　Defendant, | Case No. 2:18-cv-10722-JAK-E<br><br>**ORDER RE JOINT STIPULATION AND ORDER TO DISMISS CASE (DKT. 33)**<br><br>**JS-6** |

-1-

Based on a review of the Joint Stipulation and Order for Dismissal with Prejudice (("Stipulation") Dkt. 33), good cause has been shown. Therefore, the Stipulation is **GRANTED**. The entire action is dismissed with prejudice.

IT IS SO ORDERED.

LA

Dated: October 15, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE